**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 164 MAL 2018

            Respondent       :

                             :   Petition for Allowance of Appeal from

                             :   the Order of the Superior Court

          v.                 :

                             :

RITA ELIZABETH PULTRO,        :

                             :

           Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.